UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT 16 PM 4:34

| | |
|---|---|
| UNITED STATES OF AMERICA vs. Edgar Leonal NATAL | Magistrate's Case No. '07 MJ 2476<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about October 16, 2007, within the Southern District of California, defendant Edgar Leonal NATAL did knowingly and intentionally import approximately 82.30 kilograms of marijuana, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 16th day of October, 2007.

_____
United States Magistrate Judge

Page 1

United States of America
      VS.
**Edgar Leonal NATAL**

## STATEMENT OF FACTS

On October 16, 2007, at approximately 3:53 am, Edgar Leonal NATAL applied for admission into the United States from Mexico through the San Ysidro Port of Entry (POE), San Diego, California. NATAL was the driver and sole occupant of a 1992 Dodge Ram 250 Van bearing California license plate 6R10819. NATAL entered the United States in vehicle primary lane number 17.

Customs and Border Protection Officer (CBPO) S. Guzman was assigned to vehicle primary lane 17 when NATAL applied for admission. CBPO Guzman stated that NATAL presented a California driver's license, and claimed to be a United States citizen. NATAL stated that he purchased the vehicle a couple of days ago. CBPO Guzman asked NATAL where he was traveling to, and NATAL stated that he was going to work. NATAL gave two negative Customs declarations indicating that he was not bringing anything into the United States. Upon his initial inspection of the van, CBPO Guzman discovered a non-factory compartment affixed to the undercarriage of the vehicle. CBPO Guzman radioed for assistance, and subsequently detained NATAL and his vehicle for further inspection.

CBPO I. Bow was assigned to conduct the secondary inspection of NATAL's vehicle. CBPO Bow discovered a metal access panel in the rear cargo area of the van. CBPO Bow removed the access panel, and discovered a non-factory compartment containing packages wrapped with packaging tape. CBPO Bow probed a random package revealing a green-leafy

substance that field-tested positive for marijuana. CBPO Bow removed 35 packages of marijuana from the non-factory compartment with an approximate weight of 82.30 kilograms.

**POST-MIRANDA STATEMENT**

At approximately 8:56 am, agents advised NATAL of his Constitutional rights per Miranda. NATAL acknowledged that he understood his rights and agreed to speak with agents without the presence of an attorney. Post-Miranda, NATAL stated that he was being paid $700 to smuggle what he thought to be two (2) illegal aliens. NATAL informed agents that someone in the organization gave him the van to register in his name. At this point in the interview, NATAL was intent upon knowing what was in the vehicle. Special Agent (S/A) T. Koupal advised NATAL that his vehicle contained marijuana. NATAL became apprehensive to talk with agents, and said he would rather have an attorney present in order to continue talking with agents. Agents terminated the interview at approximately 9:10 am.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**