**FILED**
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR LEONAL NATAL,<br><br>  Defendant. | Criminal Case No. 07cr3117-LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about October 16, 2007, within the Southern District of California, defendant EDGAR LEONAL NATAL, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 82.30 kilograms (approximately 181.06 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/15/07.

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
10/29/07