AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

EDGAR LEONAL NATAL,

            Defendant.

**APPEARANCE**

Case Number:  07CR3117-LAB

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

      EDGAR LEONAL NATAL
      I am replacing LINDA LOPEZ on this case.

    I certify that I am admitted to practice in this court.

| 1/22/2008 | /s/ STEVEN L. BARTH |
|---|---|
| Date | Signature |

| Steven L. Barth / Federal Defenders of SD | 224185 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 22, 2008                            _____/s/  Steven L. Barth_____
                                                   STEVEN L. BARTH
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   e-mail: Steven_Barth@fd.org