```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                    SOUTHERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,       )
                                     )
11              Plaintiff,           )   CASE NO. 07CR03117-001-LAB
                                     )
12        v.                         )   O R D E R
                                     )
13   EDGAR LEONEL NATAL,             )
                                     )
14              Defendant.           )
     _____)
15
16        Pursuant to a written request from the United States Probation
17   Office, the sentencing date presently set for March 10, 2008, is
                          APRIL 7, 2008 at 9:30 a.m.
18   vacated and reset to May 19, 2008, at 9:00 a.m.
19        If the defendant is on bond, defense counsel is to file an
20   acknowledgment of the next court date by the defendant within a
21   week of receipt of this order.
22
23        DATED:  2-5-08
24
25                                        /s/ Larry A. Burns
                                          _____
26                                        Larry A. Burns
                                          U.S. District Judge
27
28   cc: all counsel of record
                                                                  /kap
```