1  **STEVEN L. BARTH**
   California Bar No. 224185
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Defendant Natal

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,        )   CASE NO. 07CR3117-LAB
                                     )
12              Plaintiff,           )   Date: April 7, 2008
                                     )   Time: 1:30 p.m.
13  v.                               )
                                     )   NOTICE OF MOTION AND MOTION TO:
14  EDGAR LEONEL NATAL               )   (1)   WITHDRAW GUILTY PLEA
                                     )
15              Defendant.           )
                                     )
16  _____ )

17  TO:  KAREN HEWITT, UNITED STATES ATTORNEY, AND
        MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY:
18

19       PLEASE TAKE NOTICE that Defendant EDGAR LEONEL NATAL, by and through his attorneys,

20  Steven L. Barth and Federal Defenders of San Diego, Inc., hereby asks this Court to enter an order granting

21  the following motion.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

07CR3117

1

**MOTION**

2    Defendant Edgar Leonel Natal, by and through his attorneys, Steven L. Barth and Federal Defenders

3    of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of

4    Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

5        (1)        Withdrawing his guilty plea.

6    This motion is based upon the instant motion and notice of motion, the attached statement of facts and

7    memorandum of points and authorities, the files and records in the above-captioned matter, and any and all

8    other materials that may come to this Court's attention prior to or during the Court's consideration of this

9    motion.

10                                      Respectfully submitted,

11                                      /s/ Steven L. Barth

12    Dated: March 21, 2008            **STEVEN L. BARTH**
                                       Federal Defenders of San Diego, Inc.
13                                      Attorneys for Mr. Natal

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that a copy of the foregoing document has been served this day upon:

4   **Michelle Pettit**
    Office of the United States Attorney
5   880 Front Street
    Room 6293
6   San Diego, CA 92101
    (619)557-6747
7   Email: michelle.pettit@usdoj.gov

8                                         Respectfully submitted,

9

                                          /s/ Steven L. Barth
10  Dated: March 21, 2008                 **STEVEN L. BARTH**
                                          Federal Defenders of San Diego, Inc.
11                                        Attorneys for Mr. Natal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28