1 | **STEVEN L. BARTH**
California Bar No. 224185
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 |
5 | Attorneys for Defendant Natal
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | **(HONORABLE LARRY A. BURNS)**
11 | UNITED STATES OF AMERICA,           )      CASE NO. 07CR3117-LAB
                                        )
12 |            Plaintiff,              )
                                        )
13 | v.                                 )      STATEMENT OF FACTS, MEMORANDUM OF
                                        )      POINTS AND AUTHORITIES IN SUPPORT OF
14 | EDGAR LEONEL NATAL,                )      MOTIONS
                                        )
15 |            Defendant.             )
                                        )
16 |
17 | **I.**
18 | **STATEMENT OF FACTS[1]**
19 | On October 16, 2007, a complaint was filed against Mr. Natal charging him with importation of a
20 | controlled substance, marijuana (21 U.S.C. §§ 952 and 960). *See* CR at 1. On November 15, 2007, Mr.
21 | Natal waived indictment and was charged, via information, with importation of marijuana (21 U.S.C. §§ 952
22 | and 960). *See* CR at 7. On December 27, 2007, Mr. Natal entered a guilty plea to the one count
23 | information. *See* CR at 13. His guilty plea was taken by the Honorable Judge Adler, United States
24 | magistrate judge. *See id.* Judge Adler issued a recommendation that the plea of guilty be accepted. *See* CR
25 | at 16. As of the filing of this motion the district court has not accepted Mr. Natal's guilty plea. *See* CR
26 |
27 |
28 | [1] "CR" refers to the clerk's record.

1  generally.  Mr. Natal now wishes to withdraw his guilty plea and hereby does so (and requests and order

2  reflecting as much) with the filing of this motion.

3  **II.**

4  Pursuant to the Federal Rules of Criminal Procedure, Mr. Natal has an absolute right to withdraw

5  a guilty plea at any time before the district court has accepted such plea.  The rule reads in pertinent part:

6  A defendant may withdraw a plea of guilty or nolo contendere: (1) before the court accepts
   the plea, for any reason or no reason...

7

8  Fed. R. Crim. P. 11(d)(1).  The language of this section is plain, nonetheless, it is worth noting that the Ninth

9  Circuit had previously adopted its plain meaning under old Rule 32(e).  *See United States v. Alvarez-*

10 *Tautimez*, 160 F.3d 573, 576 (9th Cir. 1998) (holding that then rule 32(e)'s "fair and just" standard did not

11 apply to a defendant who attempts to withdraw a guilty plea prior to district court acceptance and that

12 defendant had an absolute right to withdraw guilty plea before district court accepted it) (cited with approval

13 by *United States v. Reyna-Tapia*, 328 F.3d 1114,1121 (9th Cir. 2003)).  Other circuits that have analyzed the

14 current language of  Rule 11(d) have also adopted its plain meaning.  *See e.g. United States v.  Jones*, 472

15 F.3d 905, 908 (D.C. Cir. 2007) (finding that under rule 11(d) the district court has "no discretion to deny

16 a pre-acceptance withdrawal of a guilty plea"); and *United States v. Head*, 340 F.3d 628, 630 (8th Cir. 2003)

17 (holding that "[u]nder rule 11(d), a criminal defendant is allowed to withdraw a guilty plea for any reason

18 (or no reason at all) until the time the trial court accepts the plea").

19 Here, the district court has not yet accepted Mr. Natal's guilty plea.  As such, he is free to withdraw

20 it for any reason or no reason at all.  He hereby withdraws his guilty plea.

21 **III.**

22 **CONCLUSION**

23 For the foregoing reasons, Mr. Natal respectfully requests that the Court grant the above motion.

24 Respectfully submitted,

25 /s/ Steven L. Barth

26 Dated:  March 21, 2008          **STEVEN L. BARTH**
   Federal Defenders of San Diego, Inc.

27 Attorneys for Mr. Natal

28