# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 07cr3117-LAB
vs )
 ) ABSTRACT OF ORDER
Edgar Leonal Nafal )   Booking No. 79226198
 )
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of 4/7/08
the Court entered the following order:

☐ Defendant be released from custody.
☐ Defendant placed on supervised / unsupervised probation / supervised release.
☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
☐ Defendant released on $_____ bond posted.
☐ Defendant appeared in Court. FINGERPRINT & RELEASE.
☐ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
☐ Defendant sentenced to TIME SERVED, supervised release for ____ years.
☐ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.
☐ Bench Warrant Recalled.
☐ Defendant forfeited collateral.
☑ Case Dismissed.
☐ Defendant to be released to Pretrial Services for electronic monitoring.
☑ Other. Do not release deft pending case 08cr1030-LAB

Larry A. Burns
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
T. WASHAW

Received _____
DUSM

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY