UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -9 AM 9:12



DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 07CR3117-LAB |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EDGAR LEONAL NATAL, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21:952 and 960 - Importation of Marijuana (Felony).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 7, 2008

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON 4-8-08