FILED
08 APR 10 AM 11:05
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
08 APR -9 AM 9:12
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDGAR LEONAL NATAL,

    Defendant.

CASE NO. 07CR3117-LAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: _21:952 and 960 - Importation of Marijuana (Felony)._

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 7, 2008

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
~~Judgment and Commitment~~ on 4/9/08.
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON 4-8-08